United States Bankruptcy Court
Eastern District of New York

In re:                                                                                      Case No. 25-40930-ess

SNC WATS0N LLC                                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: 227 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SNC WATS0N LLC, 195 Broadway, Brooklyn, NY 11211-6128 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10465776 | + | BANK OF NEW YORK MELLON TRUST COMPANY, 240 Greenwich St, New York, NY 10286-0001 |
| 10465781 | + | ERIC D. SUBIN, ESQ.,, 150 Broadway, Floor 23, New York, NY 10038-4329 |
| 10465777 | + | MORTGAGE ASSETS MANAGEMENT SERIES I TRUST, 14405 Walters Rd. Suite 200, Houston, TX 77014-1345 |
| 10465780 | + | RAS Boriskin, LLC, 900 Merchants Concourse Ste 310, Westbury, NY 11590-5114 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | May 23 2025 22:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 23 2025 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | May 23 2025 18:15:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | May 23 2025 18:15:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10488323 | + | EDI: LCIPHHMRGT | May 23 2025 22:13:00 | Bank of New York Mellon Trust Company, et al., PHH Mortgage Services, PO Box 24606, West Palm Beach FL 33416-4606 |
| 10465778 | + | EDI: LCIPHHMRGT | May 23 2025 22:13:00 | PHH MORTGAGE CORPORATION, P.O. Box 5452, Mount Laurel, NJ 08054-5452 |
| 10465779 | + | Email/Text: anthony.mancuso@bnymellon.com | May 23 2025 18:15:00 | THE BANK OF NEW YORK MELLON, 225 Liberty Street, New York, NY 10286-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0207-1        User: admin        Page 2 of 2

Date Rcvd: May 23, 2025        Form ID: 227        Total Noticed: 13

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

**Name**        **Email Address**

Office of the United States Trustee

     USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

Information to identify the case:

Debtor    SNC WATS0N LLC                          EIN:  33–3412565

       Name

United States Bankruptcy Court   Eastern District of New York

Date case filed for chapter:      11     2/25/25

Case number:   1–25–40930–ess

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 11 petition in bankruptcy on February 25, 2025, and an order having been signed by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on May 23, 2025 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: May 23, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]